1  E. MARTIN ESTRADA
   United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   CATHARINE A. RICHMOND (Cal. Bar No. 301184)
4  Assistant United States Attorney
   Violent & Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-7162
7       Facsimile: (213) 894-0141
        Email:     catharine.richmond@usdoj.gov
8
9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
1/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00040-HDV |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF CATHARINE A. RICHMOND |
| v. | |
| ROHAN SANDEEP RANE, ET AL. | |
| Defendants. | **(UNDER SEAL)** |

   The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Catharine A. Richmond.

Dated: January 16, 2025          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*/s/ Catharine Richmond*
_____
CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF CATHARINE A. RICHMOND**

I, CATHARINE A. RICHMOND, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. RANE et al., the indictment in which is being presented to a federal grand jury in the Central District of California on January 17, 2025.

2.  The defendants charged in the above-captioned indictment have not been taken into custody on the charge contained in the indictment and have not been informed that they are being named as defendants in the indictment to be presented to the grand jury on January 17, 2025.  The likelihood of apprehending defendants WALKER and BORGE might jeopardized if the indictment in this case were made publicly available before either is taken into custody on the indictment.  In addition, other members of defendants' enterprise, CVLT, and its offshoots, have been known to scour the internet for information about law enforcement actions and share the information to assist others in evading detection and arrest.

3.  Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until one of the defendants is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

//
//

1    4.   I declare under penalty of perjury under the laws of the
2 United States of America that the foregoing is true and correct and
3 that this declaration is executed at Los Angeles, California, on
4 January 16, 2025.

*Catharine Richmond*
CATHARINE A. RICHMOND

2

E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Facsimile: (213) 894-0141
    Email:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
1/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00040-HDV |
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| ROHAN SANDEEP RANE, ET AL., | **(UNDER SEAL)** |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

1/17/2025                          /S/
DATE                              HONORABLE STEVE KIM
                                   UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                HONORABLE STEVE KIM
                                    UNITED STATES MAGISTRATE JUDGE