# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
1/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: LR  DEPUTY

Case Number: 2:25-cr-00040-HDV
U.S.A. v. Kaleb Christopher MERRITT
[✓] Indictment   [ ] Information
Defendant Number: 3
Year of Birth: 2000
Investigative agency (FBI, DEA, etc.): HSI

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
- [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: _____

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK ALL THAT APPLY):
- [✓] Los Angeles   [ ] Ventura
- [ ] Orange   [ ] Santa Barbara
- [ ] Riverside   [ ] San Luis Obispo
- [✓] San Bernardino   [ ] Other _____

Citation of Offense: 18 U.S.C. 2252A(g)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No   [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (MUST MATCH NOTICE OF RELATED CASE): _____

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: N/A
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
- [ ] is still pending
- [ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No   [ ] Yes
IF YES, provide Name: N/A
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____
Case Number: _____
The superseded case:
- [ ] is still pending before Judge/Magistrate Judge _____
- [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s)   "eTerror," "o9a.evil," "The Chariot," and "sociopath"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☑ violent crimes/firearms
☑ Other   child sexual exploitation
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:   ☑ State   ☐ Federal
b. Name of Institution: Virginia State Dept. of Corrections
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☑ Yes   ☐ No
   IF YES:   ☑ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   01/16/2025

_Catharine Richmond_ (signature)

Signature of Assistant U.S. Attorney
CATHARINE A. RICHMOND
Print Name