E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
  1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-7162
  Facsimile: (213) 894-0141
  Email:  catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
1/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:25-cr-00040-HDV-1 |
|---|---|
| Plaintiff, | **GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION** |
| v. | |
| ROHAN SANDEEP RANE, | |
| Defendant. | |

  Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1. Temporary 10-day Detention Requested (§ 3142(d)) on the
  following grounds:
 ☐ a. present offense committed while defendant was on release
   pending (felony trial),
 ☐ b. defendant is an alien not lawfully admitted for
   permanent residence; <u>and</u>

1
2   ☐  c.    defendant may flee; or
3   ☐  d.    pose a danger to another or the community.
4 ☒ 2.   Pretrial Detention Requested (§ 3142(e)) because no
5        condition or combination of conditions will reasonably
6        assure:
7   ☒  a.    the appearance of the defendant as required;
8   ☒  b.    safety of any other person and the community.
9 ☐ 3.   Detention Requested Pending Supervised Release/Probation
10       Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
11       § 3143(a)):
12   ☐  a.    defendant cannot establish by clear and convincing
13            evidence that he/she will not pose a danger to any
14            other person or to the community;
15   ☐  b.    defendant cannot establish by clear and convincing
16            evidence that he/she will not flee.
17 ☐ 4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.
18       § 3142(e)):
19   ☐  a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")
20            (46 U.S.C. App. 1901 et seq.) offense with 10-year or
21            greater maximum penalty (presumption of danger to
22            community and flight risk);
23   ☐  b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
24            2332b(g)(5)(B) with 10-year or greater maximum penalty
25            (presumption of danger to community and flight risk);
26   ☐  c.    offense involving a minor victim under 18 U.S.C.
27            §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
28

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), |
| 2 |   |   | 2260, 2421, 2422, 2423 or 2425 (presumption of danger |
| 3 |   |   | to community and flight risk); |
| 4 | ☐ | d. | defendant currently charged with an offense described |
| 5 |   |   | in paragraph 5a - 5e below, <u>AND</u> defendant was |
| 6 |   |   | previously convicted of an offense described in |
| 7 |   |   | paragraph 5a - 5e below (whether Federal or |
| 8 |   |   | State/local), <u>AND</u> that previous offense was committed |
| 9 |   |   | while defendant was on release pending trial, <u>AND</u> the |
| 10 |   |   | current offense was committed within five years of |
| 11 |   |   | conviction or release from prison on the above- |
| 12 |   |   | described previous conviction (presumption of danger to |
| 13 |   |   | community). |
| 14 | ☒ | 5. | Government Is Entitled to Detention Hearing Under § 3142(f) |
| 15 |   |   | If the Case Involves: |
| 16 | ☐ | a. | a crime of violence (as defined in 18 U.S.C. |
| 17 |   |   | § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or |
| 18 |   |   | Federal crime of terrorism (as defined in 18 U.S.C. |
| 19 |   |   | § 2332b(g)(5)(B)) for which maximum sentence is 10 |
| 20 |   |   | years' imprisonment or more; |
| 21 | ☐ | b. | an offense for which maximum sentence is life |
| 22 |   |   | imprisonment or death; |
| 23 | ☐ | c. | Title 21 or MDLEA offense for which maximum sentence is |
| 24 |   |   | 10 years' imprisonment or more; |
| 25 | ☐ | d. | any felony if defendant has two or more convictions for |
| 26 |   |   | a crime set forth in a-c above or for an offense under |
| 27 |   |   | state or local law that would qualify under a, b, or c |
| 28 |   |   |   |

|    |   |    |   |
|----|---|----|---|
| 1  |   |    | if federal jurisdiction were present, or a combination |
| 2  |   |    | or such offenses; |
| 3  | ☒ | e. | any felony not otherwise a crime of violence that |
| 4  |   |    | involves a minor victim or the possession or use of a |
| 5  |   |    | firearm or destructive device (as defined in 18 U.S.C. |
| 6  |   |    | § 921), or any other dangerous weapon, or involves a |
| 7  |   |    | failure to register under 18 U.S.C. § 2250; |
| 8  | ☐ | f. | serious risk defendant will flee; |
| 9  | ☐ | g. | serious risk defendant will (obstruct or attempt to |
| 10 |   |    | obstruct justice) or (threaten, injure, or intimidate |
| 11 |   |    | prospective witness or juror, or attempt to do so). |

☐ 6. Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____
_____
_____
_____

//
//
//
//
//
//
//
//
//
//

4

☐   7.   Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: January 16, 2025                Respectfully submitted,

                                                            E. MARTIN ESTRADA
                                                            United States Attorney

                                                            LINDSEY GREER DOTSON
                                                            Assistant United States Attorney
                                                            Chief, Criminal Division

                                                            */s/ Catharine Richmond*

                                                            CATHARINE A. RICHMOND
                                                            Assistant United States Attorney

                                                            Attorneys for Plaintiff
                                                            UNITED STATES OF AMERICA