Query    Reports    Utilities    Help    What's New    Log Out



CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
### CRIMINAL DOCKET FOR CASE #: 1:25-mj-00062-RT-1
2:25-cr-00040-HDV-4

| | |
|---|---|
| Case title: USA v. Borge | Date Filed: 01/30/2025 |
| Other court case number: 2:25-cr-00040-HDV Central District of California | Date Terminated: 02/04/2025 |

Assigned to: MAGISTRATE JUDGE ROM TRADER

**Defendant (1)**

**Clint Jordan Lopaka Nahooikaika Borge**     represented by     **Catherine P. Gutierrez**
*TERMINATED: 02/04/2025*                                          The Law Office of Catherine Gutierrez, LLLC
*also known as*                                                   1001 Bishop Street
Whoops                                                             Ste 710
*TERMINATED: 02/04/2025*                                          Honolulu, HI 96813
*also known as*                                                   808-532-3229
Jordan                                                             Fax: 808-758-5359
*TERMINATED: 02/04/2025*                                          Email: catherinegutierrezlaw@gmail.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: CJA Appointment*

**Pending Counts**                                                 **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                              **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                     **Disposition**
18:2252A.F ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING CHILD
PORNO, 18 U.S.C. § 2252A(g), Engaging

Query   Reports   Utilities   Help   What's New   Log Out

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Mohammad Khatib**<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd Ste 6100<br>Honolulu, HI 96850<br>(808) 541-2850<br>Fax: (808) 541-2958<br>Email: mohammad.khatib@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government* |

[ Email All Attorneys ]
[ Email All Attorneys inc. Terminated Defendants ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | | Arrest (Rule 5) of Clint Jordan Lopaka Nahooikaika Borge. (jni) (Entered: 01/30/2025) |
| 01/30/2025 | 1 | DECLARATION of Cameron Busby as to Clint Jordan Lopaka Nahooikaika Borge. (Attachments: # 1 Exhibit 1 - Indictment from the Central District of California; 2:25-cr-00040-HDV, # 2 Exhibit 2 - Arrest Warrant Returned Executed) (jni) (Entered: 01/30/2025) |
| 01/30/2025 | 2 | MOTION to Detain by USA as to Clint Jordan Lopaka Nahooikaika Borge. (Khatib, Mohammad) (Entered: 01/30/2025) |
| 01/30/2025 | 3 | **EO: as to Clint Jordan Lopaka Nahooikaika Borge** - A Rule 5 (Out) Initial Appearance is set for 1/31/2025 at 10:30 AM in Courtroom 5 before MAGISTRATE JUDGE ROM TRADER.<br>(Attorney Catherine P. Gutierrez is provisionally appointed pending submission of Defendant's Financial Affidavit.)<br><br>(MAGISTRATE JUDGE ROM TRADER)<br>(ab)<br>Modified on 1/30/2025 (ab) (Entered: 01/30/2025) |
| 01/31/2025 | 4 | EP: INITIAL APPEARANCE Rule 5 (OUT) as to DEFENDANT CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE had on 1/31/2025.<br><br>Defendant Clint Jordan Lopaka Nahooikaika Borge ("Defendant") present and in custody.<br><br>Appointment of Counsel:<br><br>Defendant sworn to Financial Affidavit. The Court appoints Ms. Catherine Gutierrez as counsel.<br><br>Initial Appearance: |

| | | | |
|---|---|---|---|
| | | | of the charges.<br><br>Waiver of Rule 5 & 5.1:<br><br>Court presented with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant waives right to an identity hearing and production of a warrant. Court finds Defendant's waiver to be knowingly, voluntarily and intelligently made. *Waiver of Rule 5 & 5.1 Hearings* form filed.<br><br>Detention/Release:<br><br>Government has filed [ECF 2 ] *Motion to Detain Defendant Without Bail.* Court schedules a **Detention Hearing** for **2/4/2025 at 10:30 a.m.** in Courtroom 7 before Magistrate Judge Wes Reber Porter.<br><br>Following the Court's ruling concerning detention/release, the Court will enter appropriate order regarding Defendant's return/appearance date in the Central District of California.<br><br>Defendant is remanded to the custody of the U.S. Marshals Service.<br><br>Initial Appearance in Rule 5(c)(3) Proceedings as to Clint Jordan Lopaka Nahooikaika Borge held on 1/31/2025. Detention Hearing is set for 2/4/2025 10:30 AM in Courtroom 7 before MAGISTRATE JUDGE WES REBER PORTER.<br><br>(FTR-CT CT 5 / 10:30 AM 10:37 AM)<br>(MAGISTRATE JUDGE ROM TRADER)<br>(jni) (Entered: 01/31/2025) |
| 01/31/2025 | 5 | CJA 23 Financial Affidavit - by Clint Jordan Lopaka Nahooikaika Borge. (jni) (Entered: 01/31/2025) |
| 01/31/2025 | 6 | WAIVER of Rule 5 & 5.1 Hearings - by Clint Jordan Lopaka Nahooikaika Borge. (jni) (Entered: 01/31/2025) |
| 01/31/2025 | 7 | CJA 20 as to Clint Jordan Lopaka Nahooikaika Borge: Appointment of Catherine P. Gutierrez, Esq. - Signed by MAGISTRATE JUDGE ROM TRADER on 1/31/2025.<br>Nunc Pro Tunc: 1/30/2025<br>(jni) (Entered: 01/31/2025) |
| 02/04/2025 | 8 | EP: DETENTION HEARING as to Defendant Clint Jordan Lopaka Nahooikaika Borge held.<br><br>AUSA Mohammad Khatib appeared on behalf of the United States.<br><br>Catherine Gutierrez appeared for Defendant.<br><br>Defendant present and in custody.<br><br>The Court held a Detention Hearing.<br><br>Discussion held.<br><br>The Court took judicial notice of the U.S. Pretrial Services' Report, other documents on file and found the Defendant be detained as there is no condition or combination of conditions that will reasonably assure the appearance of the Defendant as required and the safety of the community. |

|  |  |  |
|---|---|---|
|  |  | Defendant committed to the Central District of California. Commitment to Another District signed and filed.<br><br>Defendant remanded to the custody of the U.S. Marshal Service.<br><br>Detention Hearing as to Clint Jordan Lopaka Nahooikaika Borge held on 2/4/2025<br>[2](#) Motion to Detain as to Clint Jordan Lopaka Nahooikaika Borge: GRANTED<br><br>(FTR-CT 7 / 10:36 am - 10:45 am)<br>(MAGISTRATE JUDGE WES REBER PORTER)<br>(jo) (Entered: 02/04/2025) |
| 02/04/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Clint Jordan Lopaka Nahooikaika Borge - Signed by MAGISTRATE JUDGE WES REBER PORTER on 2/4/2025.<br>Defendant committed to the Central District of California<br>(jo) (Entered: 02/04/2025) |
| 02/04/2025 | 10 | Transmittal Letter to the Central District of California, 2:25-cr-00040-HDV (CDCA), re: Rule 5 Proceedings as to Clint Jordan Lopaka Nahooikaika Borge, dated February 4, 2025. (jni) (Entered: 02/04/2025) |

# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-mj-00062-RT |
| CASE NAME: | United States of America vs. Clint Jordan Lopaka Nahooikaika Borge |
| ATTY FOR PLTF: | Mohammad Khatib |
| ATTY FOR DEFT: | Catherine P. Gutierrez |
| US PROB OFFICER: | Whitney Nakamura |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR–CT 5 |
| DATE: | 1/31/2025 | TIME: | 10:30 AM – 10:37 AM |

COURT ACTION: EP:   INITIAL APPEARANCE – Rule 5 (OUT) as to DEFENDANT CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE had on 1/31/2025.

Defendant Clint Jordan Lopaka Nahooikaika Borge ("Defendant") present and in custody.

Appointment of Counsel:

Defendant sworn to Financial Affidavit. The Court appoints Ms. Catherine Gutierrez as counsel.

Initial Appearance:

Defendant charged by Indictment in the Central District of California. Ms. Gutierrez has reviewed the Indictment with Defendant. Defendant acknowledges general understanding of the charges.

Waiver of Rule 5 & 5.1:

Court presented with *Waiver of Rule 5 & 5.1 Hearings* form signed by Defendant. Court confirms Defendant waives right to an identity hearing and production of a warrant. Court finds Defendant's waiver to be knowingly, voluntarily and intelligently made. *Waiver of Rule 5 & 5.1 Hearings* form filed.

<u>Detention/Release:</u>

Government has filed [ECF [2]] *Motion to Detain Defendant Without Bail*. Court schedules a **Detention Hearing** for **2/4/2025 at 10:30 a.m.** in Courtroom 7 before Magistrate Judge Wes Reber Porter.

Following the Court's ruling concerning detention/release, the Court will enter appropriate order regarding Defendant's return/appearance date in the Central District of California.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Anjelica Barker, Courtroom Manager*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America ) | |
| v. ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE ) | FEB 04 2025 |
| ) | at 6 o'clock and 55 min. A M |
| _____ ) | Lucy H. Carrillo, Clerk |
| *Defendant* ) | Case No. MJ 25-62-RT |
| | Charging District's |
| | Case No. 2:25-cr-00040-HDV (CDCA) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Central__ District of __California__,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: FEB 04 2025

_____
*Judge's signature*

WES REBER PORTER
United States Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 31 2025

10 o'clock and 37 min. A M
CLERK, U.S. DISTRICT COURT

United States of America
v.
CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE

*Defendant*

Case No.  MJ 25-62-RT

Charging District's Case No.  2:25-cr-00040-HDV (CDCA)

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  Central District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
[ ] preliminary hearing and/or [ ] detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  01/31/2025

*Defendant's signature*

*Signature of defendant's attorney*

CATHERINE GUTIERREZ
*Printed name of defendant's attorney*