Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
13th Floor
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | CR 25-40-HDV |
| v. Kaleb Christopher Merritt | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: Kaleb Christopher Merritt
Alias: eTerror, o9a.evil, evil, The Chariot, sociopath
BOP/Booking No: 2103485
Detained by: ☑ Warden
☐ Other
Detained at: Pocahontas State Correctional Center, 317 Old Mountain Road, Pocahontas, VA 24635
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on 03/21/2025 at 1:30 p.m. before the Honorable Magistrate Judge on duty Judge/Magistrate Judge.

Location: ☐ U.S. District Court
☑ Other 255 East Temple Street, Los Angeles, CA 90012
*(Court Address)*
*(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 02/11/205

*Signature of attorney:* Catharine Richmond

***An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.***

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM