Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 25-40-HDV |
| v. | CV |
| KALEB CHRISTOPHER MERRITT | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  Hernan D. Vera

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

Warden of the Pocahontas State Correctional Center

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt**

before the Honorable  Karen Stevenson  Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No.  **341** , located at

255 East Temple Street, Los Angeles, CA 90012  on  **03/21/25**

at  **1:30 p.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  Karen Stevenson  Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)