```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    CATHARINE A. RICHMOND (Cal. Bar No. 301184)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-7162
 7       Facsimile: (213) 894-0141
         Email:     catharine.richmond@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00040-HDV-3 |
|---|---|
| Plaintiff, | GOVERNMENT'S WITHDRAWAL OF APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DEFENDANT KALEB CHRISTOPHER MERRITT AT DOCKET ENTRY 19 |
| v. | |
| ROHAN SANDEEP RANE, ET AL., KALEB CHRISTOPHER MERRITT, | |
| Defendant. | |

       Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Catharine Richmond, hereby withdraws its application for a writ of habeas corpus ad prosequendum at docket entry 19 to avoid duplicate orders.

//

//

At the request of this Court, the government is submitting the application to duty Magistrate judge instead of to this Court.

Dated: 02/12/25

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Catharine Richmond*

_____
CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA