Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012



**DENIED**
BY ORDER OF
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE
ON 2-12-2025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NUMBER**<br>CR 25-40-HDV |
| Plaintiff(s) | CV |
| v. | |
| KALEB CHRISTOPHER MERRITT | **WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s) | |

**WHEREAS** the attached application was granted by the Honorable <u>Hernan D. Vera</u>

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

<u>Warden of the Pocahontas State Correctional Center</u>

**IS HEREBY DIRECTED** to produce and deliver the named detainee, <u>**Kaleb Christopher Merritt**</u>

before the Honorable <u>Karen Stevenson</u> Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. <u>341</u> , located at

<u>255 East Temple Street, Los Angeles, CA 90012</u> on <u>03/21/25</u>

at <u>1:30 p.m.</u> , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable <u>Karen Stevenson</u> Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)