```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     Email:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**DENIED BY ORDER OF KAREN L. STEVENSON UNITED STATES MAGISTRATE JUDGE ON 2-12-2025**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-40-HDV-3 |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ROHAN SANDEEP RANE, ET AL., KALEB CHRISTOPHER MERRITT, | |
| Defendant. | |

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Kaleb Christopher Merritt as requested by the government.

IT IS SO ORDERED.

DATED: _____

HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE