JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Facsimile: (213) 894-0141
    Email:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
02/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: TRB DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00040-HDV-3 |
|---|---|
| Plaintiff, | ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| ROHAN SANDEEP RANE, ET AL., KALEB CHRISTOPHER MERRITT, | |
| Defendant. | |

    Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Kaleb Christopher Merritt as requested by the government.

IT IS SO ORDERED.

DATED: February 12, 2025

_____
HONORABLE KAREN L. STEVENSON
UNITED STATES CHIEF MAGISTRATE JUDGE