Catharine Richmond (SBN 301184)
Assistant United States Attorney
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br><br>v.<br><br>KALEB CHRISTOPHER MERRITT,<br><br>Defendant(s) | CASE NUMBER:<br>CR 25-00040-HDV-3<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable **Karen L. Stevenson** Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: **Warden of the Pocahontas State Correctional Center**

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt** before the Honorable **Magistrate Judge on Duty** Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. **640**, located at 255 East Temple Street, Los Angeles, CA 90012 on **03/21/25** at **1:30 p.m.**, and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable **Karen L. Stevenson** Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 02/12/2025

CLERK, U.S. DISTRICT COURT

By: *Terry R. Baker*
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)