JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7162
    Facsimile: (213) 894-0141
    Email:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ROHAN SANDEEP RANE, ET AL.,<br>    KALEB CHRISTOPHER MERRITT,<br><br>      Defendant. | No. CR 25-40-HDV-3<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM AND STRIKING OF PREVIOUS WRIT |
|---|---|

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant Kaleb Christopher Merritt as requested by the government and the previous writ issued at Docket 25 in this matter be struck.

IT IS SO ORDERED.

DATED: _____    _____
                        HONORABLE ALICIA ROSENBERG
                        UNITED STATES MAGISTRATE JUDGE