Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 FEB 14 AM 9:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MMC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 2:25-cr-00040-HDV |
| Colin John Thomas Walker | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 58379-511  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/14/2025 at 0900 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   18 USC 2252A(g)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 2001

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: N/A                                Phone Number: N/A

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): N/A

11. Name: Faria, S.                              (please print)

12. Office Phone Number: 213-620-7676            13. Agency: USMS

14. Signature:  *Faria, S*                       15. Date: 02/14/2025

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION