FILED
CLERK, U.S. DISTRICT COURT

FEB 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF

v.

Collin Walker
DEFENDANT(S).

CASE NUMBER
2:25CR00040-HDV-2

**DESIGNATION AND APPEARANCE OF COUNSEL**

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint _Jonathan Lynn_, Esquire, as my attorney to appear for me throughout all proceedings in this case.

2/14/25
Date

_Collin Walker_
Defendant's Signature

Los Angeles, California
City and State

## APPEARANCE OF COUNSEL

I, _Jonathan Lynn_ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

2/14/25
Date

289274
California State Bar Number

Jon Lynn
Attorney's Signature

18022 Cowan Suite 285
Street Address

Irvine, CA. 92614
City, State, Zip Code

714.730.5300
Telephone Number

714.730.0337
Fax Number

jml@wklaw.com
E-mail Address

CR-14 (01/07)       DESIGNATION AND APPEARANCE OF COUNSEL