Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012
213.894.7162

FILED
CLERK, U.S. DISTRICT COURT

02/14/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TRB _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

KALEB CHRISTOPHER MERRITT

Defendant(s)

CASE NUMBER:

CR 25-40-HDV

CV

## WRIT OF HABEAS CORPUS

☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM

**WHEREAS** the attached application was granted by the Honorable Alicia G. Rosenberg

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

Warden of the Pocahontas State Correctional Center

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt**

before the Honorable Magistrate Judge on Duty            Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No.        **640**        , located at

255 East Temple Street, Los Angeles, CA 90012        on        **04/15/25**

at        **1:30 p.m.**        , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable            Alicia G. Rosenberg            Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: 02/14/25

CLERK, U.S. DISTRICT COURT

By: _Terry R. Baker_

Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)