Catharine Richmond (SBN 301184)
U.S. Attorney's Office
312 North Spring Street
Los Angeles, CA 90012
213.894.7162

**FILED**
CLERK, U.S. DISTRICT COURT
02/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: TRB DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 25-40-HDV |
| v. | CV |
| KALEB CHRISTOPHER MERRITT | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable Alicia G. Rosenberg Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Warden of the Pocahontas State Correctional Center

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Kaleb Christopher Merritt** before the Honorable Magistrate Judge on Duty Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No. 640, located at 255 East Temple Street, Los Angeles, CA 90012 on 04/15/25 at 1:30 p.m., and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable Alicia G. Rosenberg Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: 02/14/25

CLERK, U.S. DISTRICT COURT

By: Terry R. Baker
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)