CATHARINE A. RICHMOND (Cal. Bar No. 301184)
AUSA, VOC Section
312 N. Spring St., Suite 1300
Los Angeles, CA 90012
Tel. (213) 894-7162

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-CR-00040-HDV-2 |
| v. | |
| COLLIN JOHN THOMAS WALKER | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF CATHARINE A. RICHMOND; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 26, 2025
Date

CATHARINE A. RICHMOND
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**