CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
312 North Spring Street, 13th Fl. Los Angeles, CA 90012
Tel: (213) 894-7162 Facsmile: 213-894-0141

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 25-00040-HDV-4 |
| v. | |
| CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF CATHARINE A. RICHMOND; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 5, 2025                                            CATHARINE A. RICHMOND
Date                                                     Attorney Name

                                                         United States of America
                                                         Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*