## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA    DATE FILED: 1/17/2025 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 2:25-cr-00040-HDV-4  ☐ Under Seal |
| | | INIT. APP. DATE: 2/28/2025    TIME: 1:30 PM |
| v. | | CHARGING DOC: Indictment |
| Clint Jordan Lopaka Nahooikika Borge | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 18:2252 |
| | | COURTSMART/REPORTER: C/√ 2/28/25 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Patricia Donahue | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: ~~Isabel Verduzco~~ Leah Krofsky / Catherine Richmond / ~~Spanish~~
        Deputy Clerk            Assistant U.S. Attorney         Interpreter / Language

☑ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☐ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: ~~Gregory Nicolaysen~~  ☐ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
Ordered (see separate order)  ☑ Special appearance by: ~~Daniel Koffman~~

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐Permanently Detained ☐Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____  (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.  ☐ Class B Misdemeanor  ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 11:30 AM _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at 8:30 AM _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    ☐ Warrant of removal and final commitment are ordered stayed until _____

☑ Case continued to (Date) March 3, 2025 (Time) 1:30 ☐ AM / ☑ PM

☑ Type of Hearing: Initial Appearance Before Judge _____ ☑ Duty Magistrate Judge
Proceedings will be held in the ☐ Duty Courtroom  ☐ Judge's Courtroom

☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).

☐ Other: _____

RECEIVED: ☑ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10  ☐ READY

Deputy Clerk Initials : _____