# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        PLAINTIFF, <br><br> v. <br><br> CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE, aka "WHOOPS" and "JORDAN," <br><br>        DEFENDANT | CASE NUMBER: <br><br> 2:25-cr-00040-HDV <br><br> **WARRANT FOR ARREST** |

FILED

RECEIVED USMS-LA
01/21/2025
FID: 11757333

2025 FEB 28  AM 11:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MMC

4

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest CLINT JORDAN LOPAKA NAHOOIKAIKA BORGE, aka "WHOOPS" and "JORDAN" and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Child Exploitation Enterprise, in violation of Title 18, United States Code, Section 2252A(g).

RECD USMS-HI 01/31/25 12:46

| | | |
|---|---|---|
| Brian Karth <br> TITLE OF ISSUING OFFICER <br><br> _signature_ <br> SIGNATURE OF DEPUTY CLERK |  | January 17, 2025    Los Angeles, CA <br> DATE AND LOCATION OF ISSUANCE <br><br> By: **STEVE KIM** <br> NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| 01/23/2025 <br> DATE RECEIVED <br><br> 01/30/2025 <br> DATE OF ARREST | Cameron Busby <br> NAME OF ARRESTING OFFICER <br><br> Special Agent <br> TITLE <br><br> _signature_ <br> SIGNATURE OF ARRESTING OFFICER |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO