UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | LA CR 25-00040-HDV-4 | Date | December 17, 2025 |
|---|---|---|---|

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| Daniel Torrez | Court Smart | Catherine Richmond / Kellye Ng |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 4. Clint Jordan Lopaka Nahooikika Borge | X | X | | Matthew Kohn, rtnd. | X | | X |

**Proceedings:** CHANGE OF PLEA HEARING

The Defendant moves to change his plea to the single count Indictment and now enters a plea of Guilty to Count One of the single count Indictment. By stipulation of all parties, the Plea Agreement is changed by interlineation and the Government shall file a copy with the Court.

The Court questions the Defendant regarding his plea of Guilty and finds that it is knowingly, voluntarily, and intelligently made with a full understanding of nature of the charge, the consequence of the plea, and the Defendant's constitutional rights. The Court orders that the plea be accepted and entered.

The Court refers the Defendant to the Probation Office for investigation and report, and continues the matter to **Thursday, March 12, 2026, at 1:30 p.m.,** for sentencing. The pretrial and trial date are hereby vacated.

The Government shall file its sentencing papers no later than **17 days** before the sentencing date. The defendant shall file his sentencing papers no later than **10 days** before the sentencing date. Except for letters of support filed by defense counsel, no other sentencing papers may be filed without leave of Court. Failure to file sentencing papers by the due date may result in a continuance of the sentencing date.

**IT IS SO ORDERED.**

cc: USPO; USMS

Time: __:40

| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk: DT |
|---|---|---|